**No. 55678.**—The American Import Company et al. *v.* United States, protests 83522–K, etc. (Los Angeles).

Opinion by RAO, J.   The protests were dismissed.

**No. 55679.**—Atlas Trading Co. et al. *v.* United States, protests 100790–K, etc. (Los Angeles).

Opinion by RAO, J.   The protests were dismissed.

**No. 55680.**—M. E. Dey & Co., Inc., and Ed. Schuster & Co., Inc. *v.* United States, protests 120226–K and 948843–G (Milwaukee).

Opinion by RAO, J.   The protests were dismissed.

**No. 55681.**—C. J. Tower & Sons *v.* United States, protest 152994–K (Buffalo).

Opinion by RAO, J.   The protest was dismissed.

**No. 55682.**—Van Waters & Rogers, Inc. *v.* United States, protest 156375–K/13065 (New Orleans).

Opinion by RAO, J.   The protest was dismissed.

**No. 55683.**—New York Merchandise Co., Inc. *v.* United States, protests 161583–K and 161637–K (Los Angeles).

Opinion by RAO, J.   The protests were dismissed.

**No. 55684.**—Continental Merchandise Co., Inc., et al. *v.* United States, protests 154547–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 55685.**—Joseph J. Edel et al. *v.* United States, protests 162072–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 55686.**—Baar & Beards, Inc., et al. *v.* United States, protests 164144–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 55687.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 169663–K, etc.   (New York).

Opinion by FORD, J.   The protests were dismissed.